STATE v. RATCHFORD

No. 91 PC.

Case below: 20 N.C. App. 427.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STATE v. RIGSBEE

No. 85 PC.

Case below: 21 N.C. App. 188.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 June 1974.

STATE v. SMYLES

No. 115 PC.

Case below: 21 N.C. App. 533.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STATE v. SOMMERSET

No. 92 PC.

Case below: 21 N.C. App. 272.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

STATE v. TILLEY

No. 12.

Case below: 21 N.C. App. 453.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 1 July 1974.